# UNITED STATES DISTRICT COURT
## District of Minnesota

Daniel Alexander Alvarado Rodriquez

Petitioner,

v.

Pamela Bondi, Dren K. Margolin, Executive Office for Immigration Review, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood and Eric Tollefson

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00907-LMP-ECW**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

a. Daniel Alexander A. R.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

b. The Government is ORDERED to release Daniel Alexander A. R. from custody by no later than 12:00 p.m. on Friday, February 6, 2026;

c. The Government is ORDERED not to impose any conditions of release; and

d. The Government is ORDERED to file a status report certifying its compliance with this

Order by no later than 5:00 p.m. on Friday, February 6, 2026.

Date: 2/5/2026

KATE M. FOGARTY, CLERK