# UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Daniel Alexander Alvarado Rodriguez, | **AMENDED JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 26-cv-907 (LMP/CW) |
| Pamela Bondi, Daren K. Margolin, Executive Office for Immigration Review, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood, Eric Tollefson, | |
| Respondents. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Daniel Alexander A. R.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

   a. Daniel Alexander A. R.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

   b. The Government is **ORDERED** to release Daniel Alexander A. R. from custody by no later than 12:00 p.m. on Friday, February 6, 2026;

   c. The Government is **ORDERED** not to impose any conditions of release; and

   d. The Government is **ORDERED** to file a status report certifying its compliance with this

Order by no later than 5:00 p.m. on Friday, February 6, 2026.

Date: 2/5/2026                                                                 KATE M. FOGARTY, CLERK